395 A.2d 969

Commonwealth v. David Jennings, Appellant.

Argued September 13, 1978. Paul D. Sulman, for appellant; Robert B. Lawler, Assistant District Attorney, and Edward G. Rendell, District Attorney, submitted a brief for Commonwealth, appellee.

Before PRICE, HESTER and HOFFMAN, JJ.

Judgment of sentence affirmed.